# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**MICHELE R. REDBURN,**
314 Town Center Drive
Troy, MI 48084

Plaintiff,

     vs.

**UNITED STATES DEPARTMENT OF STATE,**
2201 C Street NW
Washington, DC 20520

Defendant.

Case No.: 1:15-cv-01719

COMPLAINT

<u>COMPLAINT</u>

1.      This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, as amended, to compel the United States Department of State (US DoS) to immediately produce the full unredacted record of proceedings pertaining to the 2002 H-1B non-immigrant visa application of Rakeshkumar Chandulal Patel.

PARTIES

2.      Michele R. Redburn is a citizen of the United States and a member of the State Bar of Michigan, who has her principal place of business at 314 Town Center Drive, Troy, Michigan.

3.      The United States Department of State is an agency of the United States, residing in the District of Columbia, and has possession of and control of the record of proceedings pertaining to the 2002 H-1B non-immigrant visa application of Rakeshkumar Chandulal Patel.

JURISDICTION

4.      Since this is a civil action arising under  the Freedom of Information Act, 5 U.S.C. § 552, a law of the United States, original jurisdiction over this matter is vested in this Court by 28 U.S.C. § 1331.

5.      Michele R. Redburn is an attorney at law who has been engaged by Rakeshkumar Chandulal Patel to provide him with representation in certain legal

matters which require him to review the record of proceedings pertaining to the

2002 H-1B non-immigrant visa application of Rakeshkumar Chandulal Patel filed at

the U.S. Consulate General in Mumbai, India.

BRIEF STATEMENT OF PERTINENT FACTS

6.      On January 2, 2015, Michele R. Redburn filed a request under the

Freedom of Information Act to the US DoS by mailing a written request to the

Office of Information Programs and Services, A/GIS/IPS, US Department of State

SA-2, Washington, D.C. 20522-8100. A complete copy of that letter is attached as

Exhibit A.

7.      This request stated in material part that:

> Please allow this letter to serve as a formal request for information pertaining
> to the non-alien file of Rakeshkumar Chandulal Patel (DOB: 08/12/1972).
> Mr. Patel was born on August 12, 1972 in Shedhavi Mehsana, Gujarat, India.
> He applied for an H-1B visa at the U.S. Consulate in Mumbai, India, which
> was denied on February 20, 2002. He currently resides at 24 – Astha
> Bunglows, Nr. Nissan Showroom, Science City Rd., Sola in Ahmedabad,
> Gujarat, India 380060. He does use a U.S. mailing address, which belongs to
> his parents and brother, for corresponding with U.S. agencies. That address is
> 6126 Quartz Lane in Grand Blanc, Michigan. Enclosed are a Certificate of
> Identity and a copy of Mr. Patel's photo identifications. He has authorized
> our office, Piston & Carpenter P.C., to receive information from his file.
> Therefore, we request a full copy of Mr. Patel's non-alien file pertaining to
> his 2002 H-1B visa application in Mumbai, India.

8.      Attached to this letter were a completed form DOJ 361 and a copy of

Mr. Patel's photo identification, an accurate copy of which is attached as Exhibit B.

9.      On January 20, 2015, US DoS sent a request for "proper authorization" and a statement on willingness to pay fees. The response was due in 30 days and could be returned by mail or facsimile.

10.     On February 4, 2015, Michele R. Redburn faxed a properly completed DS-4240, Certification of Identity, and statement regarding fees to (202) 261-8579, which is attached as Exhibit C.

11.     As of the date of the filing of this complaint US DoS has provided no response to this request.

## STATEMENT OF RELEVANT LAW

12.     5 U.S.C. § 552(a)(3)(A) provides that:

> Except with respect to the records made available under paragraphs (1) and (2) of this subsection, and except as (E), each agency, upon any request for records which (i) reasonably describes such records and (ii) is made in accordance with published rules stating the time, place, fees (if any), and procedures to be followed, shall make the records promptly available to any person.

11.     5 U.S.C. § 552(a)(6) provides in relevant part that that "Each agency, upon any request for records made under paragraph (1), (2), or (3) of this subsection, shall--

> (i) determine within 20 days (excepting Saturdays, Sundays, and legal public holidays) after the receipt of any such request whether to comply with such request and shall immediately notify the person making such request of such determination and the reasons therefor, and of the right of such person to appeal to the head of the agency any adverse determination

12. 5 U.S.C. § 552(a)(4)(B) provides in relevant part that

On complaint, the district court of the United States in the district in which the complainant resides, or has his principal place of business, or in which the agency records are situated, or in the District of Columbia, has jurisdiction to enjoin the agency from withholding agency records and to order the production of any agency records improperly withheld from the complainant.

## CAUSE OF ACTION

13. The United States Department of State, despite receiving the aforementioned request from Michele R. Redburn, which reasonably described such records and was made in accordance with published rules stating the time, place, fees (if any), and procedures to be followed, has failed to determine whether to make those records available to her and notify her of that determination within the applicable time limit provisions of 5 U.S.C. § 552(a)(6).

14. Accordingly, Michele R. Redburn has exhausted her administrative remedies with respect to such request.

15. The United States Department of State has improperly withheld from Michele R. Redburn the documents identified in that request.

16. Therefore, this Court should enjoin the United States Department of State from withholding the full unredacted record of proceedings pertaining to the 2002 H-1B non-immigrant visa application of Rakeshkumar Chandulal Patel filed at the U.S. Consulate General in Mumbai, India and order the United

States Department of State to provide Michele R. Redburn with a full

unredacted copy of those proceedings forthwith.

Respectfully Submitted this 19th day of October, 2015

s/Michael E. Piston
Michael E. Piston
Attorney for Plaintiff
225 Broadway, Ste. 307
New York, NY 10007
646-845-9895
Fax: 206-770-6350
Michealpiston4@gmail.com